UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN WINDSOR | CIVIL ACTION |
| VERSUS | NO: 16-2709 |
| WARDEN R. TANNER | SECTION: "J"(5) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate (Rec. Doc. 22), and the objections by Petitioner, Stephen Windsor (Rec. Doc. 23), which are hereby **OVERRULED**, approves of the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the instant petition for habeas corpus relief is **DISMISSED without prejudice** for lack of jurisdiction.

New Orleans, Louisiana this 5th day of June, 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE